IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41250
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN CARLOS LEDEZMA-CARRASCO,
also known as Juan Carlos Ledezma-Carranco,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-88-1
- - - - - - - - - -
August 23, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Juan
Carlos Ledezma-Carrasco has moved to withdraw and filed a brief
as required by Anders v. California, 386 U.S. 738 (1967).
Ledezma-Carrasco has not filed a response.  We have independently
reviewed counsel's brief and the record and have found no
nonfrivolous issue.  Accordingly, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH
CIR. R. 42.2.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.